## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**REGINALD SCOTT,**

     **Plaintiff,**

**v.**                                  **Case No.  8:21-cv-01255-WFJ-AAS**

**RICK WELLS,** *et al.*,

     **Defendants.**

_____/

## ORDER

This matter is before the Court on review of the case file. On July 1, 2021, the Court granted Plaintiff's motion to proceed *in forma pauperis* to the extent that the case may proceed without the prepayment of the entire filing fee. (Doc. 5). The order was mailed to the address on file for Plaintiff. However, the order was recently returned as undeliverable, marked "No longer at this address, no change of address filed." As of the date of this order, Plaintiff has not filed a notice of change of address.

Plaintiff is obligated to keep this Court advised of his current address in order to effectively process this litigation. Therefore, due to Plaintiff's lack of prosecution in this matter, it is **ORDERED** that:

1.     This case is **DISMISSED without prejudice**; and

2.      The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on November 15, 2021.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE